# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARK A. RYAN, and | ) | Case No. 18-11730 (BLS) |
| CHRISTINA A. RYAN, | ) | |
| | ) | |
| Debtor(s). | ) | Re: Docket No. 16 |

## ORDER ON REAFFIRMATION AGREEMENT

A motion for approval of the reaffirmation agreement made between Mark A. Ryan and Christina A. Ryan, debtor(s) and Credit Acceptance Corp. was filed on September 6, 2018. The Court scheduled a hearing on notice to the debtor(s) and the creditor to be heard on October 4, 2018.

COURT ORDER:

- ☐ The court grants the debtors' motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

- ☐ The court grants the debtor's motion under U.S.C. § 524(K)(8) and approves the reaffirmation agreement described above.

- ☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

- ☐ The court does not approve the reaffirmation agreement.

- ☐ The agreement is not enforceable per statute. 11 U.S.C. § 524(c)(3).

- ■ The agreement is not enforceable per statute. 11 U.S.C. § 524(c)(3). No hearing on the Motion is necessary.

BY THE COURT

Dated: October 1, 2018

Brendan Linehan Shannon
United States Bankruptcy Judge